**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 98-7442**

───────────────

CRECENCIO PEREZ-PEREZ,

Petitioner - Appellant,

versus

C. E. FLOYD, Warden; UNITED STATES ATTORNEY
FOR THE DISTRICT OF SOUTH CAROLINA,

Respondents - Appellees.

───────────────

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill. Charles E. Simons, Jr., Senior
District Judge. (CA-97-3742-0-06-BD)

───────────────

Submitted: January 5, 1999        Decided: January 26, 1999

───────────────

Before HAMILTON and WILLIAMS, Circuit Judges, and BUTZNER, Senior
District Court.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Crecencio Perez-Perez, Appellant Pro Se. Barbara Murcier Bowens,
OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for
Appellees.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Crecencio Perez-Perez appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Perez-Perez v. Floyd, No. CA-97-3742-0-06-BD (D.S.C. Sept. 18, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED